**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Supreme Court

Charles Christopher Williams, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2013-001945

---

## ON WRIT OF CERTIORARI

---

Appeal from Greenville County
G. Edward Welmaker, Post-Conviction Relief Judge

---

Memorandum Opinion No. 2016-MO-012
Heard March 22, 2016 – Filed April 13, 2016

---

## DISMISSED AS IMPROVIDENTLY GRANTED

---

Derek Joseph Enderlin, of Ross & Enderlin, PA, of Greenville, for Petitioner.

Attorney General Alan M. Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia, and William W. Wilkins, III, of Greenville, for Respondent.

Louis O'Neill, of White & Case, LLP, of New York, New York and John S. Nichols, of Bluestein Nichols Thompson & Delgado, LLC, of Columbia, for Amicus Curiae, The Federal Republic of Germany.

---

**PER CURIAM:** We granted a writ of certiorari to review the decision of the post-conviction relief judge. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN and FEW, JJ., concur.**